

U.S. Department of Justice

United States Attorney
Southern District of New York

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____        │
│ DATE FILED: 8/8/08      │
└─────────────────────────┘
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 1, 2008

**By Facsimile**

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 1950
New York, New York  10007



RECEIVED
AUG - 4 2008
CHAMBERS OF
RICHARD J. HOLWELL

    Re:  United States v. Jose Dones
          08 Civ. 926 (RJH)
          04 Cr. 118 (RJH)

Dear Judge Holwell:

       By order dated April 21, 2008, the Court directed the Government to respond to petitioner Jose Done's motion for relief pursuant to 28 U.S.C. § 2255 by June 20, 2008.  As the Assistant U.S. Attorney responsible for the Government's response, I inadvertently failed to respond within the required time or to request a timely extension.  Accordingly, the Government respectfully requests an extension, *nunc pro tunc*, of its time to respond to Dones's habeas petition from June 20, 2008 until August 25, 2008.

       I apologize for my oversight and thank the Court for its consideration of this request.

                                  Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney

SO ORDERED

*[signature]*
USDJ
8/7/08

                        By: *[signature]*
                            Thomas G. A. Brown
                            Assistant United States Attorney
                            (212) 637-2194

cc: Jose Dones, Prisoner No. 55892-054 (by U.S. Mail)
    USP Lewisberg
    U.S. Penitentiary
    P.O. Box 1000
    Lewisberg, PA 17837